```
CLERK'S OFFICE U.S. DIST. COURT
         AT ROANOKE, VA
              FILED

         JUL 2 7 2006

JOHN F. CORCORAN, CLERK
BY:
       DEPUTY CLERK
```

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | |
|---|---|
| JAMES EDWARD FERGUSON, JR.,<br>     **Plaintiff,** | )<br>)<br>) |
| **v.** | )<br>) |
| THOMAS E. BOWERS, <u>et al.</u>,<br>     **Defendants.** | )<br>)<br>) |

Civil Action No. 7:06CV00452

**FINAL ORDER**

By: Hon. Glen E. Conrad
United States District Judge

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

that the above referenced civil action, construed by the court as a petition for writ of habeas corpus,

pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED** without prejudice and stricken

from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying

memorandum opinion to the plaintiff and counsel of record for the defendants, if known.

ENTER:  This _27th_ day of July, 2006.

_____
United States District Judge